[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 563.]

BOWERS ET AL., APPELLANTS, *v*. GRANGE INSURANCE COMPANY, A.K.A. GRANGE MUTUAL CASUALTY COMPANY, A.K.A. GRANGE MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Bowers v. Grange Ins. Co.*, 1996-Ohio-362.]

*Insurance—Automobile liability—Each person covered by an uninsured motorist policy who is asserting a claim for loss of consortium has a separate claim subject to a separate per person policy limit—Provision in insurance policy which reaches a contrary result is unenforceable.*

(No. 96-462—Submitted September 6, 1996—Decided September 25, 1996.)

APPEAL from the Court of Appeals for Franklin County, No. 95APE08-1110.

————————————

*Isaac, Brant, Ledman & Teetor* and *Marc J. Kessler,* for appellants.

*Bale, Begin & Associates, Ltd., Andrew J. Kielkopf* and *David G. Bale,* for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Schaefer v. Allstate Ins. Co.* (1996), 76 Ohio St.3d 553, ___ N.E.2d ___.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., dissents.

STRATTON, J., not participating.

————————————